IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL PAUL HARBST, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | 3:08-CV-0631-O |
| | § | ECF |
| NATHANIEL QUARTERMAN, DIRECTOR, | § | |
| TEXAS DEPT. OF CRIMINAL JUSTICE, | § | |
| CORRECTIONAL INSTITUTIONS DIVISION | § | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

SO ORDERED on this 22nd day of September 2008.


_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**